THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. MISITA, Appellant. (Appeal No. 1.) [808 NYS2d 884]—

peal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered June 24, 2004. The judgment revoked defendant's probation and imposed a sentence of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Misita* (26 AD3d 815 [2006]). Present—Pigott, Jr., P.J., Gorski, Smith, Green and Hayes, JJ.